UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS DUPREÉ CALLOWAY,

                    Plaintiff,

       -against-

JAIRO JOSE ARAGON PEREZ; BRYAN
PEREZ,

                Defendants.

25-cv-8710 (KMW)

CIVIL JUDGMENT

For the reasons stated in the March 4, 2026, order, the Court dismisses the complaint,

filed IFP under 28 U.S.C. § 1915(a)(1), without prejudice, for lack of subject matter jurisdiction.

SO ORDERED.

Dated:    April 23, 2026
           New York, New York

                      /s/ Kimba M. Wood
                        KIMBA M. WOOD
                 United States District Judge